No. 205, Misc.   FARMER v. SKEEN, WARDEN, ET AL. Supreme Court of Appeals of West Virginia.   Certiorari denied.

No. 206, Misc.   PUTNAM v. SKEEN, WARDEN.   Supreme Court of Appeals of West Virginia.   Certiorari denied.

No. 207, Misc.   MARRON v. ILLINOIS.   Supreme Court of Illinois.   Certiorari denied.

No. 208, Misc.   DAVIS v. ILLINOIS.   Supreme Court of Illinois.   Certiorari denied.

No. 214, Misc.   MADDALENA v. NEW JERSEY.   Supreme Court of New Jersey.   Certiorari denied.

No. 215, Misc.   HUNTER v. EIDSON, WARDEN.   Supreme Court of Missouri.   Certiorari denied.

No. 219, Misc.   WILLIS v. ELLIS, GENERAL MANAGER, TEXAS PRISON SYSTEM.   Court of Criminal Appeals of Texas.   Certiorari denied.

No. 221, Misc.   HOLLOWAY v. LOONEY, WARDEN.   C. A. 10th Cir.   Certiorari denied.   Petitioner *pro se*.   *Acting Solicitor General Stern, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for respondent.

No. 223, Misc.   FORD v. ILLINOIS.   Supreme Court of Illinois.   Certiorari denied.

No. 229, Misc.   CRAIG v. RAGEN, WARDEN.   Criminal Court of Cook County, Illinois.   Certiorari denied.

No. 230, Misc.   NELSON v. ILLINOIS.   Supreme Court of Illinois.   Certiorari denied.